AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CALVIN B. JAMES,

    Petitioner,

           JUDGMENT IN A CIVIL CASE

v.

           CASE NUMBER: CV419-289
                                  CR418-205

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 8/25/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the Court's opinion, and Petitioner's petition pursuant to 28 U.S.C. § 2255 is DISMISSED without prejudice. This case stands CLOSED.



8/25/2020                                                            John E. Triplett, Acting Clerk
*Date*                                                                         *Clerk*

                                                                                         *Candy Asbell*
                                                                         *(By) Deputy Clerk*