IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CALVIN B. JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV419-289 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Before the Court is Plaintiff Calvin James's Petition to the Courts for a Redress of Grievance. (Doc. 38.) Citing the First Amendment to the United States Constitution, Plaintiff argues the Magistrate Judge and the undersigned "applied malicious conduct" and made "perjured" statements. (Id. at 1.) The Court has reviewed the filing, which primarily contains disjointed and incoherent allegations, and determined it includes no valid grounds for any forms of relief. Thus, to the extent Plaintiff sought judicial action of any sort, Plaintiff's request is **DENIED**. (Doc. 38.)

SO ORDERED this 24th day of August 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA